# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Thomas Elbert Stevenson Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00099-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Rob Dixon | ) | |
| Mecklenburg County Jail | | |
| Tony Hayes, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 21, 2014 Order.

May 21, 2014

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court